1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Counsel Designated for Service
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Seeking Appointment as
6  Attorney for movant
   MARCOS ENRIQUE GARCIA
7

8                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,     )  No. Cr. S 03-549 EJG
12                               )
                  Plaintiff,     )  **REQUEST FOR APPOINTMENT OF**
13                               )  **COUNSEL; ORDER**
         v.                      )
14                               )  **RETROACTIVE CRACK COCAINE**
   MARCOS ENRIQUE GARCIA,        )  **REDUCTION CASE**
15                               )
                  Defendant.     )
16                               )
   _____  )
17

18      Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant,

19  MARCOS ENRIQUE GARCIA, hereby requests the court appoint the Office of

20  the Federal Defender and Assistant Federal Defender David M. Porter as

21  counsel to represent him with respect to reducing his sentence pursuant

22  to 18 U.S.C. § 3582(c)(2).  Mr. Porter is familiar with the case and is

23  willing to accept the appointment.*

24      Appointment of counsel would serve the interests of justice in

25  this case because it might facilitate a negotiated disposition of the

26  motion and because the motion might raise novel legal issues

27  _____

28      * Mr. Garcia has authorized the undersigned to file this
   application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines.  Because Mr. Garcia's substantial rights may be affected by these criminal proceedings, she is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Attached hereto is Mr. Garcia's completed financial affidavit (CJA 23).

Accordingly, Mr. Garcia requests the Court issue the order lodged herewith.

Dated:  May 7, 2008

                          Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender


                           */s/ David M. Porter*
                          DAVID M. PORTER
                          Assistant Federal Defender

                          Seeking Appointment as Attorney for Movant
                          MARCOS ENRIQUE GARCIA


## O R D E R

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED:  May 9, 2008

                          /s/ Edward J. Garcia
_____HONORABLE EDWARD J. GARCIA
_____United States Chief District Judge


REQUEST FOR COUNSEL; ORDER