DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as
Attorney for movant
MARCOS ENRIQUE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 03-549 EJG |
| ) Plaintiff, ) | **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |
| v. ) | |
| ) MARCOS ENRIQUE GARCIA, ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| ) Defendant. ) | |
| _____ ) | |

    Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, MARCOS ENRIQUE GARCIA, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to reducing his sentence pursuant to 18 U.S.C. § 3582(c)(2). Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

    Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Mr. Garcia has authorized the undersigned to file this application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Mr. Garcia's substantial rights may be affected by these criminal proceedings, she is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Attached hereto is Mr. Garcia's completed financial affidavit (CJA 23).

Accordingly, Mr. Garcia requests the Court issue the order lodged herewith.

Dated: May 7, 2008

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /s/ *David M. Porter*
                        DAVID M. PORTER
                        Assistant Federal Defender

                        Seeking Appointment as Attorney for Movant
                        MARCOS ENRIQUE GARCIA

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED: May 9, 2008

                        /s/ Edward J. Garcia
                        HONORABLE EDWARD J. GARCIA
                        United States Chief District Judge