```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARCOS ENRIQUE GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 03-549 EJG |
| ) | |
| Plaintiff, ) | **STIPULATED MOTION TO REDUCE** |
| ) | **SENTENCE PURSUANT TO 18 U.S.C.** |
| v. ) | **§ 3582(c)(2) and [lodged] ORDER** |
| ) | |
| MARCOS ENRIQUE GARCIA, ) | **RETROACTIVE CRACK COCAINE** |
| ) | **REDUCTION CASE** |
| Defendant. ) | |
| ) | |
| _____ ) | |

   Defendant, MARCOS ENRIQUE GARCIA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney RICHARD J. BENDER, hereby stipulate as follows:

   1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

   2.   On June 10, 2005, this Court sentenced Mr. Garcia to a term of imprisonment of 84 months;

   3.   The sentencing range applicable to Mr. Garcia was

1  subsequently lowered by the United States Sentencing Commission in
2  Amendment 706 by two levels;
3       4.   Accordingly, Mr. Garcia's adjusted offense level has been
4  reduced from 33 to 31, and a sentence at the low end of the new
5  guideline range with a departure comparable to the 38% reduction he
6  received at the original sentencing would be 67 months;
7       5.   Accordingly, the parties request the court enter the order
8  lodged herewith reducing Mr. Garcia's term of imprisonment to an
9  aggregate term of 67 months on all counts.
10 Dated:  May 7, 2008
11 Respectfully submitted,
12 McGREGOR SCOTT                      DANIEL J. BRODERICK
   United States Attorney              Federal Defender
13
14 /s/ Richard Bender                  /s/ David M. Porter
   _____
15 RICHARD J. BENDER                   DAVID M. PORTER
   Assistant U.S. Attorney             Assistant Federal Defender
16
   Attorney for Plaintiff              Attorney for Movant
17 UNITED STATES OF AMERICA            MARCOS ENRIQUE GARCIA
18                              ORDER
19     This matter came before the Court on the stipulated motion of the
20 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
21     The parties agree, and the Court finds, that Mr. Garcia is
22 entitled to the benefit of the retroactive amendment reducing crack
23 cocaine penalties, which reduces the applicable base offense level from
24 33 to 31.  A sentence at the low end of the new guideline range with a
25 departure comparable to the 38% reduction he received at the original
26 sentencing would be 67 months.
27     IT IS HEREBY ORDERED that the term of imprisonment originally
28 imposed is reduced to an aggregate term of 67 months on all counts.

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE

1 IT IS FURTHER ORDERED that all other terms and provisions of the
2 original judgment remain in effect.
3 Unless otherwise ordered, Mr. Garcia shall report to the United
4 States Probation office closest to the release destination within
5 seventy-two hours after his release.
6 Dated:  May 13, 2008

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
United States District Judge

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-