≈AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

United States of America )
v. )
MARCOS ENRIQUE GARCIA )  Case No: 2:03CR0549-02
) USM No: 14908-097
Date of Previous Judgment: June 10, 2005 ) David M. Porter, AFD
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___84___ months **is reduced to** ___67___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __33__     Amended Offense Level: __31__
Criminal History Category: __I__    Criminal History Category: __I__

Previous Guideline Range: __135__ to __168__ months    Amended Guideline Range: __108__ to __135__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
This sentence consists of 67 months on each of Counts 1 through 6, all to be served concurrently.

Except as provided above, all provisions of the judgment dated __6/10/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   May 13, 2008

_____signature_____
Judge's signature

Effective Date: _____
(if different from order date)

EDWARD J. GARCIA, SR. U. S. DISTRICT JUDGE
Printed name and title